UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEVE SANDS, | |
| Plaintiff, | Docket No. 4:20-cv-695-MTS |
| - against - | |
| GATEWAY BLEND, LLC | |
| Defendant. | |

## NOTICE OF SETTLEMENT AND CONSENTED MOTION TO STAY

Plaintiff, with consent of Defendant, respectfully moves the Court to stay all proceedings pending the filing of a joint stipulation of dismissal no later than January 15, 2021, to accommodate the process of formalizing the parties settlement.

The Courts consideration is much appreciated.

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Steve Sands*