# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVE SANDS, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 4:20-cv-695 |
| GATEWAY BLEND, LLC, | ) |
|     Defendant. | ) |

## STIPULATION FOR DISMISSAL OF CIVIL ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Steve Sands and Defendant Gateway Blend, LLC that the above case has been settled and that the case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorney's fees and costs.

Dated: January 5, 2021                                   Respectfully submitted,


LIEBOWITZ LAW FIRM, PLLC                   GREENSFELDER, HEMKER & GALE, P.C.


  /s/ Richard Liebowitz                                     /s/ John E. Petite
Richard Liebowitz                                           John E. Petite (45240MO)
Liebowitz Law Firm, PLLC                            Greensfelder, Hemker & Gale, P.C.
11 Sunrise Plaza, Suite 305                           10 South Broadway, Suite 2000
Valley Stream, NY 11580                             Saint Louis, Missouri 63102
Tele: 516-233-1660                                        Telephone: (314) 241-9090
RL@LiebowitzLawFirm.com                       E-mail: jep@greensfelder.com

*Attorneys for Plaintiff Steve Sands*                *Attorneys for Defendant Gateway Blend, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered users for the parties of record, on January 5, 2021.

                                              /s/ John E. Petite

#1887281

Case: 4:20-cv-00695-MTS   Doc. #:  22   Filed: 01/05/21   Page: 2 of 2 PageID #: 118